1  CENTER FOR DISABILITY ACCESS
Mark Potter, Esq., SBN 166317
2  Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
3  8033 Linda Vista Road, Suite 200
San Diego, CA 92111
4  (858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com
5
Attorney for Plaintiffs
6
7
8
9            UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
10
11 | **Chris Langer,**          | Case: 2:19-cv-00773-SVW-JC
12 |        Plaintiff,           | **ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT**
13 |        v.                   |
14 | **Fernando Jurado, et al.,**|
15 |
16 |        Defendants.          |
17
18
19     Judgment Creditor hereby acknowledges full and complete satisfaction of
20 judgment(s) in the above captioned matter. The Clerk of the Court is hereby authorized
21 and directed to make an entry of the full and complete satisfaction on the docket of said
22 judgment(s).
23     a. **Judgments and Renewals**
24 
| Event    | Date    |
|----------|---------|
| Judgment | 7/19/19 |

25
26
27
28

Acknowledgment of Satisfaction of Judgment

**b. Judgment Creditor:**

| Name | Address |
|---|---|
| Chris Langer | C/o Dennis Price, Esq., 8033 Linda Vista Road, Suite 200, San Diego 92111 |

**c. Judgment Debtors:**

| Name | Last Known Address |
|---|---|
| Fernando Jurado | 512 Montecito Dr., San Gabriel, CA 91776 |
| Edgardo Jurado | 3249 E. Gage Avenue, Huntington Park, CA |

**d. Status of Judgment Liens with the Secretary of State**

No notice of judgment lien has been recorded with the Secretary of State.

Dated: February 12, 2020    CENTER FOR DISABILITY ACCESS
By: /s/ Dennis Price
Dennis Price
Attorney for Plaintiff

Acknowledgment of Satisfaction of Judgment